1  GERALD C. STERNS (State Bar No. 029976)
   STERNS & WALKER
2  825 Washington Street, Suite 305
   Oakland, CA 94607
3  Telephone: (510) 267-0500
   Facsimile:  (510) 267-0506
4  Email: sterns@trial-law.com

5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   SANTOSH SINGH,                      ) Case No. C 13-02396 EMC
12                                     )
          Plaintiff,                   )
13                                     )
      vs.                              ) STIPULATION AND [P~~ROPOSE~~D]
14                                     ) ORDER CONTINUING INITIAL CASE
   LUFTHANSA GERMAN AIRLINES; DOES 1   ) MANAGEMENT CONFERENCE
15 THROUGH 25, INCLUSIVE,              )
                                       ) Date:  September 5, 2013
16        Defendants.                  ) Time:  9:00 a.m.
                                       ) Place: USDC, 450 Golden Gate Avenue
17                                     )        Ctrm. 5, 17th Floor
                                       )        San Francisco, CA
18 _____)

19
       IT IS HERBY STIPULATED by and between Plaintiff SANTOSH SINGH and
20
   Defendant LUFTHANSA GERMAN AIRLINES, that the Court be asked to continue the initial
21
   Case Management Conference from Thursday, September 5, 2013 at 9:00 a.m. to Thursday,
22
   October 3, 2013 at 9:00 a.m. in Courtroom 5 on the 17th Floor, United States District Courthouse,
23
   450 Golden Gate Avenue, San Francisco, California, and that the deadline for submission of the
24
   parties' joint case management conference statement be extended to and including September 26,
25
   2013.
26
   ////
27
   ////
28

SO STIPULATED.

Dated: 27 August 2013

STERNS & WALKER

BY: _____
Gerald C. Sterns
Attorneys for Plaintiff Santosh Singh

Dated: 8/23/13

FARRIMOND LAW OFFICES

BY: _____
Randall S. Farrimond
Attorneys for Defendant Lufthansa German Airlines

[PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: 8/29/13 _____

APPROVED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA