GERALD C. STERNS (State Bar No. 029976)
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>LUFTHANSA GERMAN AIRLINES; DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. C 13-02396 EMC<br><br>AMENDED<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: September 5, 2013<br>Time: 9:00 a.m.<br>Place: USDC, 450 Golden Gate Avenue<br>Ctrm. 5, 17th Floor<br>San Francisco, CA |

IT IS HERBY STIPULATED by and between Plaintiff SANTOSH SINGH and Defendant LUFTHANSA GERMAN AIRLINES, that the Court be asked to continue the initial Case Management Conference from Thursday, September 5, 2013 at 9:00 a.m. to Thursday, October 3, 2013 at 9:00 a.m. in Courtroom 5 on the 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, and that the deadline for submission of the parties' joint case management conference statement be extended to and including September 26, 2013.

////

////

SO STIPULATED.

Dated: 27 August 2013

STERNS & WALKER

BY: _____
Gerald C. Sterns
Attorneys for Plaintiff Santosh Singh

Dated: 8/23/13

FARRIMOND LAW OFFICES

BY: _____
Randall S. Farrimond
Attorneys for Defendant Lufthansa
German Airlines

[PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED. The CMC is reset for 10/10/13 at 9:00 a.m. A joint CMC Statement shall be filed by 10/3/13

Dated: 8/29/13

Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen