1  GERALD C. STERNS (State Bar No. 029976)
   STERNS & WALKER
2  825 Washington Street, Suite 305
   Oakland, CA 94607
3  Telephone: (510) 267-0500
   Facsimile:  (510) 267-0506
4  Email: sterns@trial-law.com

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANTOSH SINGH, | ) Case No. C 13-02396 EMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| LUFTHANSA GERMAN AIRLINES; DOES 1 THROUGH 25, INCLUSIVE, | ) |
| Defendants. | ) Date: September 5, 2013<br>) Time: 9:00 a.m.<br>) Place: USDC, 450 Golden Gate Avenue<br>   Ctrm. 5. 17th Floor<br>   San Francisco, CA |

IT IS HERBY STIPULATED by and between Plaintiff SANTOSH SINGH and Defendant LUFTHANSA GERMAN AIRLINES, that the Court be asked to continue the initial Case Management Conference from Thursday, September 5, 2013 at 9:00 a.m. to Thursday, October 31, 2013 at 9:00 a.m. in Courtroom 5 on the 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, and that the deadline for submission of the parties' joint case management conference statement be extended to and including October 24, 2013.

////

////

-1-
Amended Stipulation to Continue Initial Case Management Conference

SO STIPULATED.

Dated: Aug 30 2013

STERNS & WALKER

BY: _____
Gerald C. Sterns
Attorneys for Plaintiff Santosh Singh

Dated: Sept 4, 2013

FARRIMOND LAW OFFICES

BY: _____
Randall S. Farrimond
Attorneys for Defendant Lufthansa German Airlines

[PROPOSED] ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: 9/6/13

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen