```
RANDALL S. FARRIMOND (CSB No. 095281)
JAMES J. CORBELLI (CSB No. 111338)
FARRIMOND LAW OFFICES
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH SINGH,<br><br>    Plaintiff,<br><br>vs.<br><br>LUFTHANSA GERMAN AIRLINES; DOES 1 THROUGH 25, INCLUSIVE,<br><br>    Defendants | Case No. CV-13-2396 EMC (ADR)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & SUPPLEMENTAL STATEMENT**<br><br>Date: June 12, 2014 (current date)<br>Time: 10:30 a.m<br>Courtroom 5 |

Following the previous Case Management Conference the parties mediated this matter on May 8, 2014, before mediator William L. Nagle. All parties were present, participated in good faith, and were able to progress towards a resolution of this matter. Following the mediation the parties have continued settlement discussions through Mr. Nagle. The parties believe that they are very close to resolving this matter, but require a couple of additional weeks in order to secure the necessary approval from an individual who is out of the office and unavailable until after June 16. Therefore the parties  espectfully request this Court to continue the further Case Management Conference currently set for Jun. 12, 2014 to June 26, 2014 at 10:30 a.m.

SO STIPULATED:

Dated: June 9, 2014                           STERNS & WALKER

                                              _____
                                              GERALD C. STERNS
                                              Attorneys for Plaintiff
                                              SANTOSH SINGH

Dated: June 9, 2014                           FARRIMOND LAW OFFICES,
                                              a Prof. Corp.


                                              /s/ Randall S. Farrimond
                                              _____
                                              RANDALL S. FARRIMOND
                                              Attorneys for Defendants
                                              LUFTHANSA GERMAN AIRLINES


ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory as required by General Order No. 45 (X)(B).

Dated: March 18, 2014

                                              /s/ Randall S. Farrimond
                                              _____
                                              RANDALL S. FARRIMOND


### ORDER [pro~~posed~~]

Pursuant to the stipulation of the parties and good cause appearing, the further Case Management Conference currently scheduled for June 12, 2014 is continued to June 26, 2014, at 10:30 a.m.

                                              _____
                                              HON. ~~M.~~ CHEN

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

STIP TO CONTINUE CMC   No. CV-13-2396 EMC (ADR)                    - 2 -