RANDALL S. FARRIMOND (CSB No. 095281)
JAMES J. CORBELLI (CSB No. 111338)
FARRIMOND LAW OFFICES
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH SINGH,<br><br>        Plaintiff,<br><br>    vs.<br><br>LUFTHANSA GERMAN AIRLINES; DOES 1 THROUGH 25, INCLUSIVE,<br><br>        Defendants | Case No. CV-13-2396 EMC (ADR)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO SETTLEMENT**<br><br>Date: June 26, 2014 (current date)<br>Time: 10:30 a.m<br>Courtroom 5 |

Following the previous Case Management Conference the parties mediated this matter on May 8, 2014, before mediator William L. Nagle.  After the mediation the parties and Mr. Nagle continued to discuss settlement.  The parties have now reached a settlement in principal, but need another couple of weeks to document and to execute the settlement, in part because certain principals are located in New York and Germany.   Therefore the parties respectfully request this Court to continue the further Case Management Conference currently set for June 26, 2014 to July 31, 2014 at 10:30 a.m.

        SO STIPULATED:

STIP TO CONTINUE CMC   No. CV-13-2396 EMC (ADR)                - 1 -

Dated: June 19, 2014                                             STERNS & WALKER

                                                  /s/ Gerald C. Sterns
                                                   GERALD C. STERNS
                                                   Attorneys for Plaintiff
                                                   SANTOSH SINGH

Dated: June 19, 2014                                             FARRIMOND LAW OFFICES,
                                                   a Prof. Corp.

                                                /s/ Randall S. Farrimond
                                               RANDALL S. FARRIMOND
                                                Attorneys for Defendants
                                                LUFTHANSA GERMAN AIRLINES

ATTESTATION OF SIGNATURE:

    I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory as required by General Order No. 45 (X)(B).

Dated: June 19, 2014

                                                /s/ Randall S. Farrimond
                                               RANDALL S. FARRIMOND

## **ORDER** [proposed]

    Pursuant to the stipulation of the parties and good cause appearing, the further Case Management Conference currently scheduled for June 26, 2014 is continued to July 31, 2014, at 10:30 a.m.

                                      _____
                                       HON. EDWARD M. CHEN

IT IS SO ORDERED

Judge Edward M. Chen