1  GERALD C. STERNS (State Bar No. 029976)
   STERNS & WALKER
2  825 Washington Street, Suite 305
   Oakland, CA 94607
3  Telephone: (510) 267-0500
   Facsimile:  (510) 267-0506
4  Email: sterns@trial-law.com

5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  SANTOSH SINGH,                    ) Case No. C 13-02396 EMC (ADR)
                                      )
13         Plaintiff,                 )
                                      )
14      vs.                           ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER OF DISMISSAL WITH**
15  LUFTHANSA GERMAN AIRLINES; DOES 1 ) **PREJUDICE**
    THROUGH 25, INCLUSIVE,            )
16                                    )
           Defendants.                )
17                                    )
                                      )
18  _____    )

19
           IT IS HEREBY STIPULATED by and between plaintiff SANTOSH SINGH and
20
    defendant LUFTHANSA GERMAN AIRLINES, by their respective counsel of record, that all
21
    the claims of plaintiff SANTOSH SINGH are dismissed with prejudice pursuant to Rule 41(a)(1)
22
    of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees
23
    and costs of suit.
24
           IT IS SO STIPULATED:
25
    ////
26
    ////
27
    ////
28

Dated: 18 July 2014

STERNS & WALKER

BY: _____
Gerald C. Sterns
Attorneys for Plaintiffs

Dated: July 18, 2014

FARRIMOND LAW OFFICES

BY: _____
Randall S. Farrimond
Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS ORDERED, that,

All the claims of Plaintiff SANTOSH SINGH are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees and costs of suit. The Clerk of the Court is directed to close this case.

SO ORDERED:

DATED: 7/21/14

_____
Hon. Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen